IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DASHOTTA/DATRAN LION/JONES**                                    **PLAINTIFF**
*ADC #148795*

v.                    CASE NO. 2:23-CV-00036-BSM-JTK

**MOSES JACKSON, Warden/**
Supervisor, EARU, ADC, *et al.*                                    **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 17] is adopted, and defendants' original motion to dismiss [Doc. No. 7] is denied at moot. Judge Kearney's subsequent partial recommended disposition [Doc. No. 20] is also adopted, and defendants' second motion to dismiss [Doc. No. 18] is denied.

IT IS SO ORDERED this 10th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE