IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DASHOTTA/DATRAN LION/JONES**                                    **PLAINTIFF**
*ADC #148795*

v.                              CASE NO. 2:23-CV-00036-BSM

**MOSES JACKSON,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE